RECEIVED
BY MAIL
JAN 28 2005
CLERK US DIST COURT
MINNEAPOLIS MN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Jimmy Pena Lopze
Petitoner,

v.

UNITED STATES OF AMERICA
Repsondent,

Criminal No.00-355-JMR/RIE

NOTICE OF APPEALS

COMES NOW the petitoner Jimmy Pena Lopze is hereby giving this court NOTICE of appeals on all of the enhancement pursuant to 18 USC 3742(a)(2).

1) Where the defendant may filed a notice of appeal in the District court on review of an otherwise final sentence if the sentence was imposed as a result of an incorrect applicable of the sentencing guidelines.

a) The defendant was enhance by the applicable of the sentence guidelines unreasonable which chance the defendant BASE OFFENSE LEVEL.

b) The defendant Base offense Level was calculated wrong under Rule 32(c)(1)(2).

c)All the enhancement violated the defendant sixth Amendment right based on the unreasonable incorrect applicable of the guidelines.

SCANNED
JAN 28 2005
U.S. DISTRICT COURT MPLS

RESPECTFULLY SUBMITTED this 24th day of January 2005.

Jimmy Pena Lopze # 09882-041
Federal Correctional Inst.
Post Office Box 1000
Oxford Wisconsin 53952