# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-1352

CR 00-355 JMR/RLE

United States of America, *
Appellee, *
vs. * Appeal from the United States District Court for the District of Minnesota
Jimmy Pena Lopez, *
Appellant. *

## JUDGMENT

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely filed.

(5361-010199)

February 11, 2005

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
MAR 07 2005
U.S. DISTRICT COURT ST. PAUL